AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Alex Russell Anderson,<br>*Petitioner*<br>v.<br>Travis Bragg, Warden<br>*Respondent* | Civil Action No. 1:17-cv-01798-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ The petitioner, Alex Russell Anderson, shall take nothing of the respondent, Travis Bragg, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition without prejudice.

Date: August 23, 2017          *ROBIN L. BLUME, CLERK OF COURT*

                               s/M. Walker
                               _____
                               *Signature of Clerk or Deputy Clerk*